UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                         Case No: 6:21-mj-1015-EJK

**ANDREW WILLIAMS**

AUSA: Karen Gable
Defense Attorney: Vince Citro

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **January 12, 2021**<br>4:05 P.M.- 4:34 P.M.<br>29 minutes |
|---|---|---|---|
| Courtroom: | 3A | TOTAL TIME: | |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
### INITIAL APPEARANCE
### (Rule 5c – District of Columbia)

Case called, appearances made, procedural setting by the Court.
Defendant has retained counsel.
Court inquires of the defendant; No issue as to competency.
Government advises defendant of the charges in the Complaint and potential penalties
Court advises defendant of his rights, including Due Process and Rule 20 rights.
Defendant waives Rule 5 & 5.1 hearings as to preliminary hearing and identity.
Government is not seeking detention.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.