# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-mj-1015-EJK

ANDREW WILLIAMS

Charging District's
Case No. <u>1:21-mj-30</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint)

I, **Andrew Williams**, understand that I have been charged in another district, the District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

### I AGREE TO WAIVE MY RIGHT(s) TO:

[x] an identity hearing and production of the warrant

[x] a preliminary hearing

[ ] a detention hearing

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

January 12, 2021

_____
Defendant's Signature

_____
Signature of defendant's attorney

Vincent A. Citro
_____
Printed name of defendant's attorney