# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                               **CASE NO: 6:21-mj-1015-EJK**

**ANDREW WILLIAMS**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Andrew Williams, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on January 12, 2021.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that ANDREW WILLIAMS is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that ANDREW WILLIAMS answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 12, 2021 .

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE