## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:   Due Process Protections Act                    CASE NO. 3:20-mc-20-J-32

### STANDING ORDER REGARDING
### DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.



TIMOTHY J. CORRIGAN
Chief United States District Judge