**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

VS.                                                            CASE NO: 6:21-mj-1015-EJK

**ANDREW WILLIAMS**

---

**NOTICE OF SURRENDERED U.S. PASSPORT**

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on January 12, 2021 in the above styled case, the Defendant's passport, **Number 582015678** was surrendered to the custody of the Clerk of Court on January 15, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | June 8, 1988 |
| Defendant's place of birth: | Florida, USA |
| Passport received from: | Pretrial Services |
| Passport issued to: | Andrew James Williams |
| Date of issuance: | May 1, 2018 |

ELIZABETH M. WARREN, CLERK

By *L Jernigan*
L. Jernigan, Deputy Clerk

January 15, 2021

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator