**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

vs.                                                                                      **Our Case No. 6:21-mj-1015-EJK**

**ANDREW WILLIAMS**

---

# NOTICE OF TRANSFERRING SURRENDERED PASSPORT TO ANOTHER DISTRICT

**PURSUANT** to the Court's order entered in the above styled case, the Defendant's passport was surrendered to the custody of the Clerk of Court. The defendant was ordered to appear in the District of Columbia where the prosecution is pending. The passport is therefore transmitted to your district.

ELIZABETH M. WARREN, CLERK

By *L. Jernigan*
L. Jernigan, Deputy Clerk

January 15, 2021

c: Passport file